# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ELIJAH WEIR,

          Petitioner

          v.

THE HONORABLE ROBERT P. COLEMAN, ET AL.,

          Respondent

: No. 61 EM 2021
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the "Motion for 'Immediate – Hearing/Intervention,' and 'Notice'," treated as a Petition for Writ of Mandamus, is DENIED. The Prothonotary is DIRECTED to strike the jurist's name from the caption.